IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OCWEN LOAN SERVICING, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-1655-K |
| | § | |
| AAA WORLDWIDE FINANCIAL CO., | § | |
| D/B/A WORLDWIDE MORTGAGE CO. | § | |
| and LONG TIDE PROPERTIES, LTD., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The plaintiff's *Third Amended Motion for Default Judgment as to Defendant AAA Worldwide Financial Co. d/b/a Worldwide Mortgage Co. and Brief in Support,* filed February 14, 2020 (doc. 30), is **GRANTED**. By separate default judgment against AAA Worldwide Financial Co. d/b/a Worldwide Mortgage Co. (Defendant), Defendant's lien on the real property located at 1772 FM 2727, Kaufman, Texas 75142 will be extinguished.

SO ORDERED.

Signed June 17th, 2020.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE